JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE GAMBOA,<br><br>           Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the Social<br>Security Administration,<br><br>           Defendant. | Case No. CV 24-05058-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: September 30, 2025

                                                HON. STEVE KIM
                                                U.S. MAGISTRATE JUDGE